**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Laura Guthrie and Leonard Roy
on behalf of Gina Roy,

Plaintiffs,

**ORDER**

v.

Circle of Life School,

Civil File No.: 00-1869 (DWF/RLE)

Defendant.

---

**IT IS HEREBY ORDERED** that the attached Stipulation of the parties in the above matter be approved in all respects and that the Pretrial Scheduling Order filed December 4, 2000, be amended as follows:

1. To extend the time line by which Defendants may reply to Plaintiffs' Motion for Judgment (on Attorney's Fees) served May 2, 2001 to May 28, 2001, without amendment of the time to serve Rule 26 reports, and
2. To extend the time line upon which other dispositive motions shall be filed and heard to June 25, 2001, without amendment of any other time lines concerning disclosures and discovery.

The Court approves and orders the above amendments based on good cause attributed to the death of Defense Counsel's husband.

**LET IT BE SO ENTERED.**

**BY THE COURT:**

Dated this 29th day of May, 2001.

Raymond L. Erickson
Magistrate Raymond L. Erickson
Judge of United States District Court

(21)

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK