**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Laura Guthrie, Civil No. 00-1869 (DWF/RLE)

Plaintiff,

v. **ORDER**

Circle of Life School,

Defendant.

---

Sonja D. Kerr, Esq., Kerr Law Office, 5972 Cahill Avenue, Suite 110, Inver Grove Heights, MN 55076, counsel for Plaintiff.

Zenas Baer, Esq., Baer & Associates, 331 Sixth Street, P.O. Box 249, Hawley, MN 56549; Anita A. Flatt, Esq., Zenas Baer & Associates, 331 Sixth Street, P.O. Box 249, Hawley, MN 56549; and Joseph M. Plumer, Esq., Plumer Law Office, 9352 North Grace Lake Road, Bemidji, MN 56601, counsel for Defendant.

---

This matter is before the Court pursuant to an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Based upon the executed Rule 68 Offer of Judgment and the executed Acceptance of the Rule 68 Offer of Judgment, the Court hereby enters the following:

**ORDER**

The Rule 68 Offer of Judgment (Doc. No. __) and the Acceptance of Rule 68 Offer of Judgment (Doc. No. __) are accepted and approved by the Court consistent with the terms of the Offer of Judgment set forth in the agreement filed with the Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 25, 2003

DONOVAN W. FRANK
Judge of United States District Court

MAR 25 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 25 2003
DEPUTY CLERK