# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gina Roy, a minor, by and through her parents and next friends, Laura Guthrie and Leonard Roy,

Case No. Civil 00-1869 DWF/RLE
**JUDGMENT IN A CIVIL CASE**

v.

White Earth Band of Chippewa, White Earth Reservation Business Committee, and Circle of Life School

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** Upon the filing of the defendants' Offer of Judgment and the plaintiffs' Acceptance of Offer of Judgment,

**IT IS ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of the plaintiffs and against the defendants. The parties agree that this Court shall have jurisdiction over enforcement of the settlement agreement.

DATE: April 3, 2003

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

45